IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD D. SISTI and HOLLY A. SISTI, as guardians of S.J., a Minor,<br><br>   *Plaintiffs,*<br><br> v.<br><br>NORFOLK SOUTHERN RAILROAD CORPORATION, NORFOLK SOUTHERN RAILWAY COMPANY, and AKIM JONES-WILLIAMS,<br><br>   *Defendants.* | CIVIL ACTION<br>NO. 23-3052 |

## ORDER

**AND NOW**, this 26th day of October 2023, upon consideration of Norfolk Southern's Motion to Dismiss or alternatively Transfer Venue, (ECF 3), and the Sistis' Response, (ECF 10), it is hereby **ORDERED** that the Motion is **GRANTED in part**. The Clerk of Court shall **TRANSFER** the case to the United States District Court for the Middle District of Pennsylvania.

                BY THE COURT:

                ***/s/ Gerald J. Pappert***
                GERALD J. PAPPERT, J.